Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 9635 | **DATE** | 12/18/2001 |
| **CASE TITLE** | United States Equal Employment Opportunity Commission vs. Sidley & Austin | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Pursuant to the application of U.S. Equal Employment Opportunity Commission, enter Order. Respondent is to appear on 1/14/02 at 9:30 a.m. and show cause why it should not be compelled to comply with the subpoena issued to it. Respondent is to be served with a copy of this order to show cause, with the application on which the order is based and the memorandum in support on or before 12/21/01. Respondent must file and serve its answer to the application not later than 1/8/02.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | 1 number of notices | |
| ✓ | Notices mailed by judge's staff. | | | JAN 2 4 2002 date docketed | 4 |
| | Notified counsel by telephone. | | | | |
| | Docketing to mail notices. | | | docketing deputy initials | |
| | Mail AO 450 form. | | | 12/18/2001 date mailed notice | |
| | Copy to judge/magistrate judge. | | | | |
| MD | courtroom deputy's initials | | Date/time received in central Clerk's Office | MD mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Applicant, | ) Civil Action No. ) |
| v. | ) 01C 9635 ) ) |
| SIDLEY & AUSTIN, | ) ) |
| Respondent. | ) ) ) |

RECEIVED
DEC 18 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
JAN 24 2002

## ORDER

The Equal Employment Opportunity Commission has filed an Application for an Order to Show Cause why a certain subpoena <u>duces tecum</u> should not be enforced. Subpoena No. CH-0217 was served on Respondent pursuant to Section 7(a) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(a), on October 23, 2001. The Commission having duly served the subpoena upon Respondent, and Respondent having failed to comply within the period designated in the subpoena, it is hereby

ORDERED that Respondent appear on the _14_ day of _Jan._, 200_2_ at _9:30 AM_ in Courtroom _1925_, Dirksen Building, 219 South Dearborn, Chicago, IL, and show cause why it should not be compelled to comply with the subpoena issued to it; it is further

ORDERED that Respondent be served with a copy of this Order to Show Cause, with the Application on which the Order is based and the Memorandum in Support, on or before the _21st_ day of _December_ and it is further

ORDERED that Respondent must file and serve its answer to the Application not later than the _8th_ day of _January_, 19 _2002_.

Date: _12-18-01_

_____
United States District Judge