IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Applicant, | ) ) | Civil Action No. 01C 9635 |
| v. | ) ) ) | |
| SIDLEY & AUSTIN, | ) ) | Judge Lefkow |
| Respondent. | ) ) ) | |



FILED
MAY 15 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
MAY 2 2 2003

## NOTICE OF JOINT MOTION

**PLEASE TAKE NOTICE THAT** on Tuesday, May 20, 2003 at 9:30 a.m., we will present the attached **Joint Motion for a Protective Order** before the Honorable Judge Lefkow of the United States District Court for the Northern District of Illinois Eastern Division at 219 South Dearborn, Chicago, Illinois, 60604, Room 1956.

By: _Bob S. Span / PMA_
Paul Grossman
Robert S. Span
Paul, Hastings, Janofsky & Walker LLP
515 S. Flower St., 25th Floor
Los Angeles, CA 90071-2371
(213) 683-6000

_Deborah L. Hamilton_
Deborah L. Hamilton
Trial Attorney
United States Equal Employment
Opportunity Commission
500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-7469

Kevin M Forde
Janice R. Forde
Kevin M. Forde Ltd.
111 W. Washington St., Suite 1100
Chicago, IL 60602
(312) 641-1441

Date: May 15, 2003

35

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Applicant, | ) ) | |
| vs. | ) ) | No. 01 C 9635 |
| SIDLEY & AUSTIN, | ) ) | Judge Joan Lefkow |
| Respondent. | ) ) | |

### JOINT MOTION FOR A PROTECTIVE ORDER

Applicant Equal Employment Opportunity Commission ("EEOC") and Respondent, Sidley Austin Brown & Wood ("Sidley"), hereby jointly move this Court for the entry of a Protective Order concerning information produced by Sidley pursuant to Subpoena No. CH-0217 issued by the EEOC. In support of this motion, the parties state as follows:

1. Sidley and the EEOC have agreed that a Protective Order may be entered regarding confidential treatment of information produced by Sidley pursuant to Subpoena No. CH-0217 issued by the EEOC.

LA/837048.2

2.  In accordance with the agreement of the parties, the parties respectfully request the Court forthwith to enter a Protective Order in the form attached hereto as Exhibit 1.

*[signature: Robert S. Span/MLS]*

One of the Attorneys for Respondent

| | |
|---|---|
| Kevin M. Forde<br>Janice R. Forde<br>Kevin M. Forde, Ltd.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602<br>(312) 641-1441 | Paul Grossman<br>Robert S. Span<br>Paul Hastings Janofsky & Walker LLP<br>515 South Flower Street<br>25th Floor<br>Los Angeles, CA 90071-2371<br>(213) 683-6000 |

*[signature: Deborah L. Hamilton]*

One of the Attorneys for Applicant

Deborah L. Hamilton
U.S. Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, IL 60661

## CERTIFICATE OF SERVICE

Deborah L. Hamilton, an attorney, hereby certifies that she caused a copy of the foregoing to be mailed, postage pre-paid, on May 15, 2003 to counsel of record at the following addresses:

To: Kevin M. Forde
Janice R. Forde
Kevin M. Forde, Ltd.
111 W. Washington St., Suite 1100
Chicago, IL 60602


Paul Grossman
Robert S. Span
Paul, Hastings, Janofsky & Walker
555 S. Flower St., 23rd floor
Los Angeles, CA 90071-2371

Deborah L. Hamilton